**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| LEON DONALD CLEVELAND | CASE NUMBER: 22-11284-AMC |
| DEBTOR | |

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES**

**AND OTHER REQUIRED DOCUMENTS**

It is ORDERED that the Debtor herein shall have until June 15, 2022 to file the remaining required documents.

By the Court

Date: May 31, 2022

_____
ASHELY M. CHAN

Judge, United States Bankruptcy Court