UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Eisenberg, Gold & Agrawal, P.C.
Janet L. Gold, Esquire
1040 Kings Highway North, Suite 200
Cherry Hill, NJ 08034
(856) 330-6200 x100

In Re:

Leon Donald Cleveland

Case No.: 22-11284 AMC

Chapter: 13

Judge: Ashley M. Chan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Gelt Financial, LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:     Janet L. Gold, Esquire

Eisenberg, Gold, & Agrawal, P.C.

1040 Kings Highway North, Suite 200

Cherry Hill, NJ 08034

DOCUMENTS:

X  All notices entered pursuant to Fed. R. Bankr. P. 2002.

X  All documents and pleadings of any nature.

EISENBERG, GOLD & AGRAWAL, P.C.

Date:  07/27/2022

By:___/s/Janet L. Gold_____
Janet L. Gold, Esquire

*new.8/1/15*