UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Eisenberg, Gold & Agrawal, P.C.
Janet L. Gold, Esquire
1040 Kings Highway North, Suite 200
Cherry Hill, NJ 08034
(856) 330-6200 x100

In Re:

Leon Donald Cleveland

Case No.: 22-11284 AMC

Chapter: 13

Judge: Ashley M. Chan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Gelt Financial, LLC</u>.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   James DiMaggio, Esquire
Eisenberg, Gold, & Agrawal, P.C.
1040 Kings Highway North, Suite 200
Cherry Hill, NJ 08034

DOCUMENTS:

X   All notices entered pursuant to Fed. R. Bankr. P. 2002.

X   All documents and pleadings of any nature.

EISENBERG, GOLD & AGRAWAL, P.C.

Date:  07/27/2022

By: <u>/s/ James DiMaggio</u>
James DiMaggio, Esquire

*new.8/1/15*