# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 22-11284-AMC

LEON DONALD CLEVELAND

801 Franklin Street

Coatesville, PA 19320-5814

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LEON DONALD CLEVELAND

801 Franklin Street

Coatesville, PA 19320-5814

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER CONSTANTINE CARR
    LAW OFFICES OF CHRISTOPHER CONSTANTINE C
    3240 TYNING LANE
    DOWNINGTOWN, PA 19335-

Date: 8/23/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee