IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LEON DONALD CLEVELAND | ) |
| **Debtor(s)** | ) |
| | ) CHAPTER 13 |
| EXETER FINANCE LLC | ) |
| **Moving Party** | ) |
| | ) Case No.: 22-11284 (AMC) |
| v. | ) |
| | ) |
| LEON DONALD CLEVELAND | ) **Hearing Date:  9-6-22 at 11:00 AM** |
| **Respondent(s)** | ) |
| | ) |
| KENNETH E. WEST | ) 11 U.S.C. 362 |
| **Trustee** | ) |
| | ) |
| | ) |
| | ) |

## PRAECIPE WITHDRAWING EXETER FINANCE LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Exeter Finance's Motion For Relief From The Automatic Stay, filed on or about July 29, 2022 (number 33 on the docket), and cancel the hearing scheduled for September 6, 2022.

Date: 9/6/22

/s/ William E. Craig
William E. Craig, Esquire
Morton & Craig LLC
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Exeter Finance LLC