

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / T7N 24188943 | 01/10 | 54954 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

## Earnings Statement

| | |
|---|---|
| Period Starting: | 05/16/2022 |
| Period Ending: | 05/29/2022 |
| Pay Date: | 05/27/2022 |

Taxable Marital Status:     Married
Exemptions/Allowances:              Tax Override:
  Federal:     1                        Federal:
  State:       0                        State:
  Local:       0                        Local:
Social Security Number:     XXX-XX-XXXX

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 46200.00 |
| **Gross Pay** | | | **$4,200.00** | $46,200.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -440.46 | 4845.06 |
| Social Security | -260.40 | 2864.40 |
| Medicare | -60.90 | 669.90 |
| Pennsylvania State Income | -128.94 | 1418.34 |
| Pennsylvania State UI | -2.52 | 27.72 |
| Phila NR Local Income | -144.82 | 1593.02 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 2794.99 |
| **Net Pay** | **$2,907.87** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

| | |
|---|---|
| Payroll Check Number: | 54954 |
| Pay Date: | 05/27/2022 |

Pay to the
order of:          Leon D Cleveland

This amount:     TWO THOUSAND NINE HUNDRED SEVEN AND 87/100                    $2,907.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Earnings Statement**

ADP®

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / T7N 24188943 | 01/10 | 54945 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

Period Starting:    05/02/2022
Period Ending:    05/15/2022
Pay Date:    05/13/2022

Taxable Marital Status:    Married
Exemptions/Allowances:    Tax Override:
  Federal:    1    Federal:
  State:    0    State:
  Local:    0    Local:
Social Security Number:    XXX-XX-XXXX

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 42000.00 |
| **Gross Pay** | | | **$4,200.00** | $42,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -440.46 | 4404.60 |
| Social Security | -260.40 | 2604.00 |
| Medicare | -60.90 | 609.00 |
| Pennsylvania State Income | -128.94 | 1289.40 |
| Pennsylvania State UI | -2.52 | 25.20 |
| Phila NR Local Income | -144.82 | 1448.20 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 2540.90 |
| **Net Pay** | **$2,907.87** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

Payroll Check Number:    54945
Pay Date:    05/13/2022

Pay to the order of:    Leon D Cleveland

This amount:    TWO THOUSAND NINE HUNDRED SEVEN AND 87/100    $2,907.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Earnings Statement**

ADP®

| | |
|---|---|
| **Company Code** | **Loc/Dept** | **Number** | **Page** |
| RB / T7N 24188943 | 01/10 | 54935 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

| | |
|---|---|
| Period Starting: | 04/18/2022 |
| Period Ending: | 05/01/2022 |
| Pay Date: | 04/29/2022 |

| | |
|---|---|
| Taxable Marital Status: | Married |
| Exemptions/Allowances: | Tax Override: |
| Federal: 1 | Federal: |
| State: 0 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 37800.00 |
| **Gross Pay** | | | **$4,200.00** | $37,800.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -440.46 | 3964.14 |
| Social Security | -260.40 | 2343.60 |
| Medicare | -60.90 | 548.10 |
| Pennsylvania State Income | -128.94 | 1160.46 |
| Pennsylvania State UI | -2.52 | 22.68 |
| Phila NR Local Income | -144.82 | 1303.38 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 2286.81 |
| **Net Pay** | **$2,907.87** | |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

| | |
|---|---|
| **Payroll Check Number:** | 54935 |
| **Pay Date:** | 04/29/2022 |

Pay to the order of:    Leon D Cleveland

This amount:    TWO THOUSAND NINE HUNDRED SEVEN AND 87/100    $2,907.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Earnings Statement**

ADP®

| | |
|---|---|
| **Company Code** | **Loc/Dept** | **Number** | **Page** |
| RB / T7N 24188943 | 01/10 | 54926 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

| | |
|---|---|
| Period Starting: | 04/04/2022 |
| Period Ending: | 04/17/2022 |
| Pay Date: | 04/19/2022 |

| | |
|---|---|
| Taxable Marital Status: | Married |
| Exemptions/Allowances: | Tax Override: |
| Federal: 1 | Federal: |
| State: 0 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 33600.00 |
| **Gross Pay** | | | **$4,200.00** | $33,600.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −440.46 | 3523.68 |
| Social Security | −260.40 | 2083.20 |
| Medicare | −60.90 | 487.20 |
| Pennsylvania State Income | −128.94 | 1031.52 |
| Pennsylvania State UI | −2.52 | 20.16 |
| Phila NR Local Income | −144.82 | 1158.56 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | −254.09 | 2032.72 |
| **Net Pay** | **$2,907.87** | |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

3-8429/2360

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

| | |
|---|---|
| **Payroll Check Number:** | 54926 |
| **Pay Date:** | 04/19/2022 |

Pay to the order of:      Leon D Cleveland

This amount:     TWO THOUSAND NINE HUNDRED SEVEN AND 87/100          $2,907.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Earnings Statement**

ADP®

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / T7N 24188943 | 01/10 | 54917 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

Period Starting:     03/21/2022
Period Ending:      04/03/2022
Pay Date:             04/05/2022

Taxable Marital Status:     Married
Exemptions/Allowances:              Tax Override:
    Federal:     1                    Federal:
    State:       0                    State:
    Local:       0                    Local:
Social Security Number:     XXX-XX-XXXX

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 29400.00 |
| **Gross Pay** | | | **$4,200.00** | $29,400.00 |

**Important Notes**

Basis of pay: Salaried

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -440.46 | 3083.22 |
| Social Security | -260.40 | 1822.80 |
| Medicare | -60.90 | 426.30 |
| Pennsylvania State Income | -128.94 | 902.58 |
| Pennsylvania State UI | -2.52 | 17.64 |
| Phila NR Local Income | -144.82 | 1013.74 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 1778.63 |
| **Net Pay** | **$2,907.87** | |

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

Payroll Check Number:   54917
Pay Date:               04/05/2022

Pay to the order of:     Leon D Cleveland

This amount:     TWO THOUSAND NINE HUNDRED SEVEN AND 87/100              $2,907.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Earnings Statement**

**ADP®**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / T7N 24188943 | 01/10 | 54908 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

Period Starting: 03/07/2022
Period Ending: 03/20/2022
Pay Date: 03/22/2022

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal: 1 | Federal: |
| State: 0 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 25200.00 |
| **Gross Pay** | | | **$4,200.00** | $25,200.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -440.46 | 2642.76 |
| Social Security | -260.40 | 1562.40 |
| Medicare | -60.90 | 365.40 |
| Pennsylvania State Income | -128.94 | 773.64 |
| Pennsylvania State UI | -2.52 | 15.12 |
| Phila NR Local Income | -144.82 | 868.92 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 1524.54 |
| **Net Pay** | **$2,907.87** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

Payroll Check Number:  54908
Pay Date:  03/22/2022

Pay to the order of:  Leon D Cleveland

This amount:  TWO THOUSAND NINE HUNDRED SEVEN AND 87/100

$2,907.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Earnings Statement**

**ADP**®

| | |
|---|---|
| Company Code | Loc/Dept | Number | Page |
| RB / T7N 24188943 | 01/10 | 54898 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

Period Starting:    02/21/2022
Period Ending:    03/06/2022
Pay Date:    03/04/2022

Taxable Marital Status:    Married
Exemptions/Allowances:    Tax Override:
　Federal:    1    　Federal:
　State:    0    　State:
　Local:    0    　Local:
Social Security Number:    XXX-XX-XXXX

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 21000.00 |
| **Gross Pay** | | | **$4,200.00** | $21,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -440.46 | 2202.30 |
| Social Security | -260.40 | 1302.00 |
| Medicare | -60.90 | 304.50 |
| Pennsylvania State Income | -128.94 | 644.70 |
| Pennsylvania State UI | -2.52 | 12.60 |
| Phila NR Local Income | -144.82 | 724.10 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 1270.45 |
| **Net Pay** | **$2,907.87** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

Payroll Check Number:    54898
Pay Date:    03/04/2022

THIS IS NOT A CHECK

Pay to the
order of:    Leon D Cleveland

This amount:    TWO THOUSAND NINE HUNDRED SEVEN AND 87/100

$2,907.87

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Earnings Statement**

ADP®

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / T7N 24188943 | 01/10 | 54891 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

Period Starting:    02/07/2022
Period Ending:     02/20/2022
Pay Date:           02/18/2022

Taxable Marital Status:     Married
Exemptions/Allowances:              Tax Override:
  Federal:    1                    Federal:
  State:      0                    State:
  Local:      0                    Local:
Social Security Number:    XXX-XX-XXXX

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 16800.00 |
| **Gross Pay** | | | **$4,200.00** | $16,800.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -440.46 | 1761.84 |
| Social Security | -260.40 | 1041.60 |
| Medicare | -60.90 | 243.60 |
| Pennsylvania State Income | -128.94 | 515.76 |
| Pennsylvania State UI | -2.52 | 10.08 |
| Phila NR Local Income | -144.82 | 579.28 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 1016.36 |
| **Net Pay** | **$2,907.87** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

Payroll Check Number:   54891
Pay Date:               02/18/2022

Pay to the
order of:          Leon D Cleveland

This amount:    TWO THOUSAND NINE HUNDRED SEVEN AND 87/100                $2,907.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Company Code | Loc/Dept | Number | Page | **Earnings Statement** | |
|---|---|---|---|---|---|
| RB / T7N 24188943 | 01/10 | 54884 | 1 of 1 | | |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

ADP®

| | |
|---|---|
| Period Starting: | 01/24/2022 |
| Period Ending: | 02/06/2022 |
| Pay Date: | 02/04/2022 |

| | |
|---|---|
| Taxable Marital Status: | Married |
| Exemptions/Allowances: | Tax Override: |
| Federal: 1 | Federal: |
| State: 0 | State: |
| Local: 0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 12600.00 |
| **Gross Pay** | | | **$4,200.00** | $12,600.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -440.46 | 1321.38 |
| Social Security | -260.40 | 781.20 |
| Medicare | -60.90 | 182.70 |
| Pennsylvania State Income | -128.94 | 386.82 |
| Pennsylvania State UI | -2.52 | 7.56 |
| Phila NR Local Income | -144.82 | 434.46 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 762.27 |
| **Net Pay** | **$2,907.87** | |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

| | |
|---|---|
| Payroll Check Number: | 54884 |
| Pay Date: | 02/04/2022 |

Pay to the order of:     Leon D Cleveland

This amount:     TWO THOUSAND NINE HUNDRED SEVEN AND 87/100          $2,907.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320



**Company Code** **Loc/Dept** **Number** **Page**
RB / T7N 24188943   01/10   54877   1 of 1

**Earnings Statement**

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

Period Starting:   01/10/2022
Period Ending:   01/23/2022
Pay Date:   01/21/2022

Taxable Marital Status:   Married
Exemptions/Allowances:   Tax Override:
  Federal:   1   Federal:
  State:   0   State:
  Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 8400.00 |
| **Gross Pay** | | | **$4,200.00** | $8,400.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -440.46 | 880.92 |
| Social Security | -260.40 | 520.80 |
| Medicare | -60.90 | 121.80 |
| Pennsylvania State Income | -128.94 | 257.88 |
| Pennsylvania State UI | -2.52 | 5.04 |
| Phila NR Local Income | -144.82 | 289.64 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 508.18 |
| **Net Pay** | **$2,907.87** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are   $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

Payroll Check Number:   54877
Pay Date:   01/21/2022

Pay to the order of:   Leon D Cleveland

This amount:   TWO THOUSAND NINE HUNDRED SEVEN AND 87/100     $2,907.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Earnings Statement**



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / T7N 24188943 | 01/10 | 54871 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

Period Starting:    12/27/2021
Period Ending:    01/09/2022
Pay Date:    01/07/2022

| Taxable Marital Status: | Married | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 1 | Federal: |
| State: | 0 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 4200.00 |
| **Gross Pay** | | | **$4,200.00** | 4,200.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -440.46 | 440.46 |
| Social Security | -260.40 | 260.40 |
| Medicare | -60.90 | 60.90 |
| Pennsylvania State Income | -128.94 | 128.94 |
| Pennsylvania State UI | -2.52 | 2.52 |
| Phila NR Local Income | -144.82 | 144.82 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 254.09 |
| **Net Pay** | **$2,907.87** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

Payroll Check Number:    54871
Pay Date:    01/07/2022

Pay to the order of:    Leon D Cleveland

This amount:    TWO THOUSAND NINE HUNDRED SEVEN AND 87/100    $2,907.87

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Earnings Statement**

ADP®

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / T7N 24188943 | 01/10 | 54834 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

Period Starting:    12/13/2021
Period Ending:     12/26/2021
Pay Date:            12/23/2021

| | | |
|---|---|---|
| Taxable Marital Status: | Married | |
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 1 | Federal: |
| State: | 0 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 92400.00 |
| **Gross Pay** | | | **$4,200.00** | $92,400.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -457.35 | 10061.70 |
| Social Security | -260.40 | 5728.80 |
| Medicare | -60.90 | 1339.80 |
| Pennsylvania State Income | -128.94 | 2836.68 |
| Pennsylvania State UI | -2.52 | 55.44 |
| Phila NR Local Income | -144.82 | 3217.68 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 5589.98 |
| **Net Pay** | **$2,890.98** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

Payroll Check Number:   54834
Pay Date:                      12/23/2021

Pay to the order of:   Leon D Cleveland

This amount:   TWO THOUSAND EIGHT HUNDRED NINETY AND 98/100

$2,890.98

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Company Code**
**RB / T7N 24188943**

**Loc/Dept**
**01/10**

**Number**
**54825**

**Page**
**1 of 1**

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

## Earnings Statement



Period Starting:    11/29/2021
Period Ending:    12/12/2021
Pay Date:    12/15/2021

| Taxable Marital Status: | Married |
| Exemptions/Allowances: | Tax Override: |
| Federal:    1 | Federal: |
| State:    0 | State: |
| Local:    0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 88200.00 |
| **Gross Pay** | | | **$4,200.00** | $88,200.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -457.35 | 9604.35 |
| Social Security | -260.40 | 5468.40 |
| Medicare | -60.90 | 1278.90 |
| Pennsylvania State Income | -128.94 | 2707.74 |
| Pennsylvania State UI | -2.52 | 52.92 |
| Phila NR Local Income | -144.82 | 3072.86 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 5335.89 |
| **Net Pay** | **$2,890.98** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

**Payroll Check Number:**    54825
**Pay Date:**    12/15/2021

Pay to the
order of:    Leon D Cleveland

This amount:    TWO THOUSAND EIGHT HUNDRED NINETY AND 98/100

THIS IS NOT A CHECK

$2,890.98

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU    Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Company Code | Loc/Dept | Number | Page | | Earnings Statement |
|---|---|---|---|---|---|
| RB / T7N 24188943 | 01/10 | 54862 | 1 of 1 | | |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001



Period Starting:    11/15/2021
Period Ending:    11/28/2021
Pay Date:    11/24/2021

| Taxable Marital Status: | Married |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal:    1 | Federal: |
| State:    0 | State: |
| Local:    0 | Local: |
| Social Security Number: | XXX-XX-XXXX |

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 109200.00 |
| **Gross Pay** | | | **$4,200.00** | $109,200.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -457.35 | 11891.10 |
| Social Security | -260.40 | 6770.40 |
| Medicare | -60.90 | 1583.40 |
| Pennsylvania State Income | -128.94 | 3352.44 |
| Pennsylvania State UI | -2.52 | 65.52 |
| Phila NR Local Income | -144.82 | 3796.96 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 6352.25 |
| **Net Pay** | **$2,890.98** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

Payroll Check Number:    54862
Pay Date:    11/24/2021

Pay to the
order of:    Leon D Cleveland

This amount:    TWO THOUSAND EIGHT HUNDRED NINETY AND 98/100        $2,890.98

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU        Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

**Company Code** **Loc/Dept** **Number** **Page**
RB / T7N 24188943  01/10  54854  1 of 1

**Earnings Statement**

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

Period Starting:    11/01/2021
Period Ending:    11/14/2021
Pay Date:    11/12/2021

Taxable Marital Status:    Married
Exemptions/Allowances:    Tax Override:
  Federal:    1      Federal:
  State:    0      State:
  Local:    0      Local:
Social Security Number:    XXX-XX-XXXX

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 105000.00 |
| **Gross Pay** | | | **$4,200.00** | $105,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -457.35 | 11433.75 |
| Social Security | -260.40 | 6510.00 |
| Medicare | -60.90 | 1522.50 |
| Pennsylvania State Income | -128.94 | 3223.50 |
| Pennsylvania State UI | -2.52 | 63.00 |
| Phila NR Local Income | -144.82 | 3652.14 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 6098.16 |
| **Net Pay** | **$2,890.98** | |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

Payroll Check Number:    54854
Pay Date:    11/12/2021

Pay to the order of:    Leon D Cleveland

This amount:    TWO THOUSAND EIGHT HUNDRED NINETY AND 98/100

$2,890.98

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / T7N 24188943 | 01/10 | 54847 | 1 of 1 |

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

## Earnings Statement

| | |
|---|---|
| Period Starting: | 10/18/2021 |
| Period Ending: | 10/31/2021 |
| Pay Date: | 10/29/2021 |

Taxable Marital Status: Married
Exemptions/Allowances:        Tax Override:
  Federal:    1            Federal:
  State:      0            State:
  Local:      0            Local:
Social Security Number:    XXX-XX-XXXX

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4200.00 | 100800.00 |
| **Gross Pay** | | | **$4,200.00** | $100,800.00 |

**Important Notes**
Basis of pay: Salaried

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -457.35 | 10976.40 |
| Social Security | -260.40 | 6249.60 |
| Medicare | -60.90 | 1461.60 |
| Pennsylvania State Income | -128.94 | 3094.56 |
| Pennsylvania State UI | -2.52 | 60.48 |
| Phila NR Local Income | -144.82 | 3507.32 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -254.09 | 5844.07 |
| **Net Pay** | **$2,890.98** | |

Your federal taxable wages this period are  $4,200.00

Early Stages Learning Center Inc
5863 Christian St
Philadelphia, PA 19143-3001

3-8429/2360

| | |
|---|---|
| Payroll Check Number: | 54847 |
| Pay Date: | 10/29/2021 |

Pay to the order of:    Leon D Cleveland

This amount:    TWO THOUSAND EIGHT HUNDRED NINETY AND 98/100

THIS IS NOT A CHECK

$2,890.98

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

PFCU

Leon D Cleveland
801 Franklin St
Coatesville, PA 19320