UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 |
|---|---|
| LEON DONALD CLEVELAND | |
| Debtor | Bankruptcy No. 22-11284-AMC |

# **O R D E R**

**AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: October 18, 2022

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
CHRISTOPHER CONSTANTINE CARR
LAW OFFICES OF CHRISTOPHER CONSTANTINE C
3240 TYNING LANE
DOWNINGTOWN, PA 19335-

Debtor:
LEON DONALD CLEVELAND

801 Franklin Street

Coatesville, PA 19320-5814