United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-11284-amc
Leon Donald Cleveland Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Oct 18, 2022     Form ID: pdf900     Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Leon Donald Cleveland, 801 Franklin Street, Coatesville, PA 19320-5814 |
| cr | + | Gelt Financial, LLC, Eisenberg, Gold and Agrawal, P.C, 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14705605 | # | Gelt Financial, 5300 W. Atlantic Avenue, Suite 205, Delray Beach, FL 33484-8195 |
| 14709432 | + | Gelt Financial, LLC, c/o James DiMaggio, Esquire, Eisenberg, Gold, & Agrawal, P.C., 1040 Kings Highway North, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14709137 | + | Gelt Financial, LLC, c/o Janet L. Gold, Esquire, Eisenberg, Gold, & Agrawal, P.C., 1040 Kings Highway North, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14694049 | + | LaSalle Bank National Association,on behalf of hol, c/o Rebecca Solarz,Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14710119 | + | Morton & Craig, LLC, c/o William E. Craig, Esq., 110 Marter Avenue, Suite 301, Moorestown NJ 08057-3125 |
| 14710239 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14705610 | + | U.S. Bank, N.A., Successor Trustee To La Salle Bank, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 19 2022 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2022 00:06:09 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2022 00:17:31 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14692884 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2022 00:17:37 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14693036 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2022 00:06:09 | Bridgecrest Acceptance Corporation Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705599 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2022 00:17:31 | Bridgeport Acceptance Corporation Dept, AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 14705602 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2022 00:02:00 | Credit Acceptance, 25505 W. 12 Mile Rd., Southfield, MI 48034-1846 |
| 14706518 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 22-11284-amc    Doc 49    Filed 10/20/22    Entered 10/21/22 00:31:40    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 19 2022 00:17:37 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705600 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 19 2022 00:02:00 | Community Loan Servicing, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1839 |
| 14713453 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 19 2022 00:02:00 | Community Loan Servicing, LLC, c/o Janet M. Spears, Aldridge Pite,LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14705601 | | Email/Text: bankruptcy@consumerportfolio.com | Oct 19 2022 00:02:00 | Consumer Portfolio Service, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14692523 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2022 00:02:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14705327 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 19 2022 00:02:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14705603 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 19 2022 00:02:00 | Educational Credit Managment Corporation, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14692885 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2022 00:17:31 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14709630 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2022 00:17:31 | Exeter Finance LLC, 4515 N. Santa Fe Avenue Dept. APS, Oklahoma City, OK 73118-7901 |
| 14693038 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2022 00:17:31 | Exeter Finance LLC Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705604 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2022 00:17:37 | Exeter Finance LLC Department, AIS Portfolio Services, 4515 N. Sante Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 14706519 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2022 00:17:37 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705606 | | Email/PDF: pa_dc_claims@navient.com | Oct 19 2022 00:06:09 | Navient, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 14705607 | + | Email/PDF: cbp@onemainfinancial.com | Oct 19 2022 00:17:31 | One Main Financial, 601 N.W. 2nd St., Evansville, IN 47708-1013 |
| 14695001 | + | Email/PDF: cbp@onemainfinancial.com | Oct 19 2022 00:17:42 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14705608 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2022 00:17:32 | Open Sky, P.O. Box 9224, Old Bethpage, NY 11804-9224 |
| 14705609 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 19 2022 00:02:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14709171 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 19 2022 00:02:00 | Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14709008 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 19 2022 00:02:00 | U.S. Bank, N.A., successor trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | *+ | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705668 | *+ | Bridgeport Acceptance Corporation Dept, AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Dept APS, Oklahoma City, |

Case 22-11284-amc  Doc 49  Filed 10/20/22  Entered 10/21/22 00:31:40  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| | | |
|---|---|---|
| | | OK 73118-7901 |
| 14705671 | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance, 25505 W. 12 Mile Rd., Southfield, MI 48034-1846 |
| 14705669 | *+ | Community Loan Servicing, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1839 |
| 14705670 | * | Consumer Portfolio Service, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14705672 | * | Educational Credit Managment Corporation, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14705673 | *+ | Exeter Finance LLC Department, AIS Portfolio Services, 4515 N. Sante Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 14705674 | * | Gelt Financial, 5300 W. Atlantic Avenue, Suite 205, Delray Beach, FL 33484-8195 |
| 14705675 | * | Navient, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 14705676 | *+ | One Main Financial, 601 N.W. 2nd St., Evansville, IN 47708-1013 |
| 14705677 | * | Open Sky, P.O. Box 9224, Old Bethpage, NY 11804-9224 |
| 14705678 | *+ | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14705679 | *+ | U.S. Bank, N.A., Successor Trustee To La Salle Bank, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Leon Donald Cleveland cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| JAMES JOHN DIMAGGIO | on behalf of Creditor Gelt Financial  LLC jdimaggio@stradley.com, atruss@keaveneylegalgroup.com |
| JANET L. GOLD | on behalf of Creditor Gelt Financial  LLC jgold@egalawfirm.com, alapinski@egalawfirm.com;dvillari@egalawfirm.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          Chapter 13
LEON DONALD CLEVELAND

                 Debtor                Bankruptcy No. 22-11284-AMC

# ORDER

     **AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

     **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: October 18, 2022**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
CHRISTOPHER CONSTANTINE CARR
LAW OFFICES OF CHRISTOPHER CONSTANTINE C
3240 TYNING LANE
DOWNINGTOWN, PA 19335-

Debtor:
LEON DONALD CLEVELAND

801 Franklin Street

Coatesville, PA 19320-5814