# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                        CHAPTER 13

    Leon Donald Cleveland                     CASE NUMBER:  22-11284- amc

DEBTOR

---

## DEBTOR'S MOTION TO REINSTATE THE BANKRUPTCY CASE AND

## TO VACATE THE ORDER DISMISSING THE CASE

Debtor requests the Court to consider Debtor's Motion to Reinstate the Bankruptcy Case and to Vacate the Order Dismissing the Case.  In support thereof, Debtor aver as follows:

1  On March 1, 2022, Debtor filed a Chapter 13 Petition.

2  Debtor misunderstood the timing and amounts of the plan payments he was obligated to remit and thus initially failed to make plan payments.

3  On August 23, 2022 the Standing Trustee filed a Motion to Dismiss this Case for Failure to Make Plan Payments.

4   On October 18, 2022, this Honorable Court Ordered the dismissal the Debtor's Bankruptcy Case.

5  Debtor remitted the sum of $ 7,900.00 on or about October 20, 2022 bringing him current on his Plan Payments. This sum has been held in the Trustee's adjustment account pending determination of this Motion. The Trustee Status and Payment Reports show him as currently having a zero outstanding balance.  (See Exhibit A).

6  Debtor avers that he now understands his plan payment requirement, has the means to make the prescribed payments and will continue henceforth to do so timely.

WHEREFORE, Debtor respectfully requests the Court to reinstate the Bankruptcy Case

and to vacate the Order dismissing the case.

Date: November 10, 2022

Christopher C. Carr, Esquire
PA Attorney #46249
3240 Tyning Lane
Downingtown, PA  19335
Phone:  610.380.7969
Fax:  888.503.3513
E-Mail:  cccarresq@aol.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                      CHAPTER 13

      Leon Donald Cleveland            CASE NUMBER: 22-11284-amc

DEBTOR

---

### ORDER

After due consideration of the debtor's Motion to Reinstate the Bankruptcy Case and to Vacate the Order Dismissing the Case and attachments, it is hereby Ordered that the dismissal of the subject case is hereby vacated and it is reinstated.

Dated: November __, 2022

                                                                                           _____
                                                                        By the Court