# EXHIBIT A

Cleveland, Leon

CASE NUMBER:  22-11284-amc

Consisting of Trustee's Status Report & Case Receipts Report dated 11/09/2022

Case Status Report  
Eastern District of Pennsylvania Kenneth E West Standing Chapter 13 Trustee  Page 1
Status of Case as of   11/09/2022   10:05 AM  Chapter 13
Dismiss Unconfirmed on 10/18/2022 - Close Pending  
Not Confirmed

**22-11284-AMC**

LEON DONALD CLEVELAND     **55 Rmng of 60 Mos. @ $3,970.53 /mo.**

801 FRANKLIN STREET     Atty: CHRISTOPHER CONSTANTINE CARR     SSN: xxx-xx-2561   xxx-xx-
(610)380-7969     Debtor Plan Payment: $3,970.53 / M
COATESVILLE PA 19320-5814     Dismiss Unconfirmed
Debtor Type: Business     Business: 2     Emplyr:

----- Last 6 Payments -----

| | | | | | | |
|---|---|---|---|---|---|---|
| Filed | 05/18/2022 | 10/28/2022 | $0.00 | 09/08/2022 | $3,970.53 | Total Paid In      $8,241.06 |
| First Mtg Reset | 10/17/2022 | 09/29/2022 | $300.00 | | $0.00 | Base Amount      $238,231.80 |
| Confirmed | | 09/13/2022 | $3,970.53 | | $0.00 | Addtl Amount      $0.00 |
| Plan Filed | 07/14/2022 | | | | | Total Base Amount      $238,231.80 |
| Start Pmts | 06/17/2022 | | | | | |
| Bar Date | 07/27/2022 | | | | | |

10/28/22-email sent 2 atty-will he b filing mtn 2 reinstate// NEED TO RE-LIST FIRST MTG OF CREDITORS, NOkay to Close (27))

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRISTOPHER CONSTANTINE CARR | 000-0 | | | | Lgl | | | 13 | $0.00 | | | | $0.00 |
| CREDIT ACCEPTANCE | 001-0 | | | | Sec | | | 24 | $3,089.97 | | $3,089.97 | | $3,089.97 |
| ONEMAIN FINANCIAL GROUP, LLC | 002-0 | | | | Uns | | | 33 | $12,069.42 | | $12,069.42 | | $12,069.42 0.00 |
| ECMC | 003-0 | | | | Uns | | | 33 | $58,225.81 | | $58,225.81 | | $58,225.81 0.00 |
| CARVANA, LLC / BRIDGECREST C/O | 004-0 | | | | Sec | | | 24 | $12,692.57 | | $12,692.57 | | $12,692.57 |
| Exeter Finance LLC | 005-0 | | | | Sec | | | 24 | $5,620.36 | | $5,620.36 | | $5,620.36 |
| Select Portfolio Servicing In | 006-0 | | | | Sec A | | | 24 | $206,556.00 | | $417,754.47 | | $206,556.00 |
| NAVIENT SOLUTIONS, LLC ON BEHA | 007-0 | | | | Uns | | | 33 | $135,713.27 | | $135,713.27 | | $135,713.27 0.00 |
| LEON DONALD CLEVELAND | 999-0 | | | | Rfd | | | 10 | $7,605.78 | | | | $7,605.78 |
| KENNETH E. WEST | | | TRS-0 | 9/13/2022 | Tru | | | 00 | $19,034.54 | $635.28 | | | $18,399.26 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | | | | | | | | $460,607.72 | $635.28 | $0.00 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $227,958.90 | $0.00 | $206,008.50 | $0.00 | $0.00 | $0.00 | $19,034.54 | - Amount Available | | $7,605.78 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $635.28 | - Funds Held | | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | | $444,760.88 |
| Total Direct Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Debtor Refunds | | $0.00 |
| Balance Due | $227,958.90 | $0.00 | $206,008.50 | $0.00 | $0.00 | | $18,399.26 | Base Amount Bal | | $229,990.74 |
| | | | | | | | | Delinquent | | $7,641.06 |

Budget  
ER/H:  
Inc: $8,789.00     Occup:  
Exp: $7,154.00     ER/H:  
Surp: $1,635.00     Occup:

| Rcvd Date | Check #/ID | Amount | Description | Source |
|---|---|---|---|---|
| 10/28/2022 | 10282022124 | $0.00 | 22-11284  Money to Suspense | TFS BillPay.com |
| 09/29/2022 | 7435 | $300.00 | Open Sky Fee | Other |
| 09/13/2022 | 913202248 | $3,970.53 | Monthly Plan Payment | TFS BillPay.com |
| 09/08/2022 | 99202271 | $3,970.53 | Monthly Plan Payment | TFS BillPay.com |
|  |  | **$8,241.06** |  |  |