# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHAPTER 13

    Leon Donald Cleveland  CASE NUMBER: 22-11284-amc

DEBTOR

---

## CERTIFICATE OF SERVICE

I, Christopher Carr, Counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF/electronic mail or First-Class United States mail, postage prepaid, a true and correct copy of The Debtor's First Amended Plan by ECF/electronic mail mailing addresses: The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system at the addresses listed below:

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

Bridgeport Acceptance Corporation Dept

AIS Portfolio Services, LP

4515 North Santa Fe Avenue

Dept APS

Oklahoma City, OK 73118

Community Loan Servicing

4425 Ponce De Leon Blvd

5th Floor

Miami, FL 33146-1837

Consumer Portfolio Service

P.O. Box 57071

Irvine, CA 92619-7071

Credit Acceptance

25505 W. 12 Mile Rd.

Southfield, MI 48034-1846

Educational Credit Management Corporation

P.O. Box 16408

Saint Paul, MN 55116-0408

Exeter Finance LLC Department

AIS Portfolio Services

4515 N. Sante Fe Avenue

Department APS

Oklahoma City, OK 73118

Gelt Financial

5300 W. Atlantic Avenue

Suite 205

Delray Beach, FL 33484-8195

Navient

P.O. Box 9640

Wilkes Barre, PA 18773-9640

One Main Financial

601 N.W. 2nd St.

Evansville, IN 47708-1010

Open Sky

P.O. Box 9224

Old Bethpage, NY 11804-9224

Select Portfolio Servicing, Inc.

P.O. Box 65250

Salt Lake City, UT 84165-5250

U.S. Bank, N.A.

Successor Trustee To La Salle Bank

KML Law Group, P.C.

701 Market St, Suite 5000

Philadelphia, PA 19106-1532

Dated: November 12, 2022

*/s/ C Carr*

Christopher C. Carr, Esquire
PA Attorney #46249
3240 Tyning Lane
Downingtown, PA 19335
Phone: 610.380.7969
Fax: 888.503.3513
E-Mail: cccarresq@aol.com