# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Leon Donald Cleveland | CASE NUMBER: 22-11284-amc |
| DEBTOR | |

## ORDER

After due consideration of the debtor's Motion to Reinstate the Bankruptcy Case and to Vacate the Order Dismissing the Case and attachments, it is hereby Ordered that the dismissal of the subject case is hereby vacated and the Bankruptcy Case is reinstated.

By the Court:

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge

**Date: December 14, 2022**