| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> EASTERN DISTRICT OF PENNSYLVANIA | |
| Eisenberg, Gold & Agrawal, P.C. <br> Andrew L. Unterlack, Esquire <br> 1040 Kings Highway North, Suite 200 <br> Cherry Hill, NJ 08034 <br> (856) 330-6200 | |
| In Re: <br><br> Leon Donald Cleveland | Case No.: 22-11284 AMC <br><br> Chapter: 13 <br><br> Judge:   Ashely M. Chan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Gelt Financial, LLC</u>.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Andrew L. Unterlack, Esquire

Eisenberg, Gold, & Agrawal, P.C.

1040 Kings Highway North, Suite 200

Cherry Hill, NJ 08034

DOCUMENTS:

X   All notices entered pursuant to Fed. R. Bankr. P. 2002.

X   All documents and pleadings of any nature.

EISENBERG, GOLD & AGRAWAL, P.C.

Date:   12/21/2022         By:  /s/ Andrew L. Unterlack
                                                  Andrew L. Unterlack, Esquire