## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| **LEON DONALD CLEVELAND** | No.  22-11284-amc |
| **Debtor.** | |

### ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Lundy, Beldecos & Milby, P.C., a creditor and party-in-interest in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

**LUNDY, BELDECOS & MILBY, P.C.**

Date:   4/4/2023            By:   _/s/ Jessica M. Gulash_
**JESSICA M. GULASH, ESQUIRE**
PA ID # 208463
450 N. Narberth Avenue, Suite 200
Narberth, PA 19072
(610) 668-0772
jgulash@lbmlaw.com