# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              Chapter 13

LEON DONALD CLEVELAND             Bankruptcy No. 22-11284-AMC

801 FRANKLIN STREET

COATESVILLE, PA 19320-5814

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
LEON DONALD CLEVELAND

801 FRANKLIN STREET

COATESVILLE, PA 19320-5814

**Counsel for debtor(s), by electronic notice only.**
CHRISTOPHER CONSTANTINE CARR
LAW OFFICES OF CHRISTOPHER CONSTANTINE C
3240 TYNING LANE
DOWNINGTOWN, PA 19335-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 4/25/2023                                                             /s/ Kenneth E. West

                                                                 _____
                                                                 Kenneth E. West, Esquire
                                                                 Chapter 13 Standing Trustee