**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Leon D. Cleveland aka Leon Donald Cleveland | : | |
| Debtor(s) | | CHAPTER 13 |
| | : | |
| Stacy Cleveland | | |
| Co-Debtor | : | |
| | : | NO. 22-11284 AMC |
| Kenneth E. West | : | |
| Trustee | | |
| | : | 11 U.S.C. Section 362 & 1301 |

**ORDER**

AND NOW, this  2nd  day of  May , 2023, at Philadelphia, upon failure of Debtor(s) and the Trustee to file an Answer of Otherwise plead, it is:

ORDERED THAT: The "Motion for Relief From Automatic Stay" filed by Co-Debtor, Stacy Cleveland, is GRANTED and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code, is modified with respect to allow the Movant, Co-Debtor, Stacy Cleveland, to proceed forward (when scheduled) with her Divorce Action before The Honorable Leanne Litwin, In the Court of Common Pleas of Philadelphia County, Family Cout Division, in the matter of <u>Stacy Cleveland vs. Leon Cleveland</u>, docketed as January Term, 2012, No.: 8429 ( or case ID No.: D12018429), so as to allow Movant to proceed with her rights and remedies under the Pennsylvania Divorce Code, Title 23, Chapter 33.

THE HONORABLE ASHELY M. CHAN