United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11284-amc |
| Leon Donald Cleveland | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Leon Donald Cleveland, 801 Franklin Street, Coatesville, PA 19320-5814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | ##+ | Stacy Cleveland, 2138 S. John Russell Circle, Apartment A, Elkins Park, PA 19027-1006 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. UNTERLACK | on behalf of Creditor Gelt Financial LLC aunterlack@egclawfirm.com, ebecker@egalawfirm.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Leon Donald Cleveland cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

JAMES JOHN DIMAGGIO
    on behalf of Creditor Gelt Financial  LLC jdimaggio@stradley.com, atruss@keaveneylegalgroup.com

JAMES T MARSH
    on behalf of Interested Party Stacy Cleveland jtmlawoffices@gmail.com

JANET L. GOLD
    on behalf of Creditor Gelt Financial  LLC jgold@egalawfirm.com, alapinski@egalawfirm.com;dvillari@egalawfirm.com

JESSICA M. GULASH
    on behalf of Creditor Lundy Beldecos & Milby PC jgulash@lbmlaw.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Leon D. Cleveland aka Leon Donald Cleveland : | |
| Debtor(s) | CHAPTER 13 |
| : | |
| Stacy Cleveland | |
| Co-Debtor : | |
| : | NO. 22-11284 AMC |
| Kenneth E. West : | |
| Trustee | |
| : | 11 U.S.C. Section 362 & 1301 |

**ORDER**

AND NOW, this ___2nd___ day of ___May___, 2023, at Philadelphia, upon failure of Debtor(s) and the Trustee to file an Answer of Otherwise plead, it is:

ORDERED THAT: The "Motion for Relief From Automatic Stay" filed by Co-Debtor, Stacy Cleveland, is GRANTED and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code, is modified with respect to allow the Movant, Co-Debtor, Stacy Cleveland, to proceed forward (when scheduled) with her Divorce Action before The Honorable Leanne Litwin, In the Court of Common Pleas of Philadelphia County, Family Cout Division, in the matter of <u>Stacy Cleveland vs. Leon Cleveland</u>, docketed as January Term, 2012, No.: 8429 ( or case ID No.: D12018429), so as to allow Movant to proceed with her rights and remedies under the Pennsylvania Divorce Code, Title 23, Chapter 33.

_____
THE HONORABLE ASHELY M. CHAN