**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Leon Donald Cleveland | Chapter: 13 |
| | Bankruptcy No.: 22-11284-amc |
| Debtor | 11 U.S.C. § 362 |

Community Loan Servicing, LLC

Movant

vs.

Leon Donald Cleveland

Debtor

and

KENNETH E. WEST

Trustee

RESPONDENTS

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)**

To the Debtor, Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, Community Loan Servicing, LLC, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that s/he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices give or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

MAIL TO:
115 West Avenue, Suite 104
Jenkintown, PA 19046

Respectfully submitted,

 /s/ Michael Clark
Richard M. Squire, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
mclark@squirelaw.com

Dated: May 30, 2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Leon Donald Cleveland | Chapter: 13 |
| | Bankruptcy No.: 22-11284-amc |
| Debtor | 11 U.S.C. § 362 |

Community Loan Servicing, LLC

Movant

vs.

Leon Donald Cleveland

Debtor

and

KENNETH E. WEST

Trustee

RESPONDENTS

**CERTIFICATE OF SERVICE**

     I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance and Request for Notice(s) electronically and/or via First Class Mail, postage prepaid.

Date Served: <u>05/30/2023</u>

KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Leon Donald Cleveland
801 Franklin Street
Coatesville, PA 19320

Leon Donald Cleveland
5863 Christian Street
Philadelphia, PA 19143

CHRISTOPHER CONSTANTINE CARR
3240 Tyning Lane
Downingtown, PA 19335

      I hereby certify the foregoing to be true and correct under penalty of perjury.

                                     Respectfully submitted,

                                     /s/ Michael Clark
                                   Richard M. Squire, Esq.
                                   Michael J. Clark, Esq.
                                   One Jenkintown Station, Suite 104
                                   115 West Avenue
                                   Jenkintown, PA 19046
                                   215-886-8790
                                   215-886-8791 (FAX)
                                   rsquire@squirelaw.com
                                   mclark@squirelaw.com