# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:   Leon Donald Cleveland | Chapter: 13 |
| | Bankruptcy No.: 22-11284-amc |
| Debtor | 11 U.S.C. § 362 & 1301 |

Community Loan Servicing, LLC

                                                                   Movant

                                                                    vs.

Leon Donald Cleveland and Stacy Cleveland (Non-Filing Co-Debtor)

                                                                    Debtor

                                                                    and

KENNETH E. WEST, Esquire

                                                                    Trustee

                                                               RESPONDENTS

## MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

      Movant, by its undersigned Attorney, Michael Clark, Esquire, hereby requests that the automatic stay and co-debtor stay be vacated so that it may forthwith initiate foreclosure or resume foreclosure on its Mortgage.

      1.     Movant is Community Loan Servicing, LLC, with an address of c/o Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305.

      2.     Debtor is the owner(s), mortgagor(s), and last grantee(s) of record to the real property situated at 5862 Christian Street, Philadelphia, PA 19143, (hereinafter referred to as "mortgaged premises").

      3.     Movant is the owner and holder of a Mortgage, which Mortgage is presently a first priority lien against the mortgaged premises. A true and correct copy of the recorded Mortgage is attached hereto as Exhibit "A" and made a part hereof. A true and correct copy of the Promissory Note, executed by Debtor contemporaneously with the Mortgage, is attached hereto as Exhibit "B" and made a part hereof. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "C" and made a part hereof. A true and correct copy of the Loan Modification Agreement is attached hereto as Exhibit "D" and made a part hereof.

      4.     Debtor has not made, tendered, or delivered the June 1, 2022 through June 1, 2023 mortgage payments of $843.85 each, for a total delinquency of $10,970.05.

      5.     Movant is entitled to relief from the automatic stay as a result of the foregoing defaults and because:

           (a)     adequate protection of the interest of Movant is lacking; and

           (b)     Debtor has inconsequential or no equity in the mortgaged premises, upon information and belief.

6. There is just cause for Movant to be granted relief from the automatic stay, so as to permit Movant, its successors and/or assigns, to initiate or resume foreclosure on its Mortgage including, but not limited to, the sale of the mortgaged premises as a Sheriff's Sale.

WHEREFORE, Movant respectfully requests that this Court enter an Order vacating the automatic stay and co-debtor stay under 11 U.S.C. §362(d) with respect to the mortgaged premises as to allow Movant, its successors and/or assigns, to immediately initiate or resume foreclosure on its Mortgage and allow the purchaser of the mortgaged premises at Sheriff's Sale (or purchaser's assignee) to take any/all legal or consensual action for enforcement of its right to possession of, or title to, the mortgaged premises.

Respectfully submitted,

/s/ Michael Clark
Richard M. Squire, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
mclark@squirelaw.com
Attorney for Movant

Dated: June 27, 2023