**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Leon Donald Cleveland | Chapter: 13 |
| | Bankruptcy No.: 22-11284-amc |
| Debtor | 11 U.S.C. § 362 & 1301 |

Community Loan Servicing, LLC

            Movant

            vs.

Leon Donald Cleveland and Stacy Cleveland (Non-Filing Co-Debtor)

            Debtor

            and

KENNETH E. WEST, Esquire

            Trustee

           RESPONDENTS

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DEADLINE**

  Community Loan Servicing, LLC, has filed a Motion for Relief from the Automatic Stay in order to foreclose or resume foreclosure on the real property situated at 5862 Christian Street, Philadelphia, PA 19143.

  **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

  1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before __07/11/2023__ you or your attorney must do all of the following:

    (a) File an answer explaining your position at:
      Eastern District of Pennsylvania-Philadelphia Division
      Robert N.C. Nix Federal Courthouse
      900 Market Street - suite 400
      Philadelphia, PA 19107

  If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:
      **Michael Clark**
      **Richard M. Squire & Associates, LLC**
      **115 West Avenue, Suite 104**
      **Jenkintown, PA 19046**
      **Phone: (215) 886-8790**
      **Fax: (215) 886-8791**

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A telephonic hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on __07/18/2023__ at __11:00 am__ pursuant to Standing Order 20-3003 dated March 16, 2020. Parties may participate in the telephonic hearing by calling (877) 873-8017 and entering access code 3027681.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

/s/ Michael Clark
Richard M. Squire, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
mclark@squirelaw.com

Dated: June 27, 2023