**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Leon Donald Cleveland | Chapter: 13 |
| | Bankruptcy No.: 22-11284-amc |
| Debtor | 11 U.S.C. § 362 |

Community Loan Servicing, LLC

                                     Movant

                     vs.

Leon Donald Cleveland and Stacy Cleveland (Non-Filing Co-Debtor)

                                     Debtor

                   and

KENNETH E. WEST

                                     Trustee

                                RESPONDENTS


**CERTIFICATION OF NO ANSWER, OBJECTION, OR RESPONSE REGARDING MOTION OF COMMUNITY LOAN SERVICING, LLC, FOR RELIEF FROM THE AUTOMTIC STAY, DOC. NO. 96**

       The undersigned hereby certifies that, as of the date hereof, no answer, objection, or response to the Motion of Community Loan Servicing, LLC for Relief from the Automatic Stay filed on June 27, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Self-Scheduled Hearing and Response Deadline/Notice of Motion, an answer, objection, or response to the Motion must have been filed and served no later than July 11, 2023.

       It is hereby respectfully requested that the Order attached to the Motion be entered by this Honorable Court.

                                                  Respectfully submitted,

                                                  /s/Lorraine Gazzara Doyle
                                                Richard M. Squire, Esq.
                                                Michael J. Clark, Esq.
                                                Lorraine Gazzara Doyle, Esq.
                                                One Jenkintown Station, Suite 104
                                                115 West Avenue
                                                Jenkintown, PA 19046
                                                215-886-8790
                                                215-886-8791 (FAX)
                                                rsquire@squirelaw.com
                                                mclark@squirelaw.com
                                                ldoyle@squirelaw.com

Dated: <u>July 14, 2023</u>

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:   Leon Donald Cleveland | Chapter: 13 |
|---|---|
|  | Bankruptcy No.: 22-11284-amc |
| Debtor | 11 U.S.C. § 362 |

Community Loan Servicing, LLC

                              Movant

               vs.

Leon Donald Cleveland and Stacy Cleveland (Non-Filing Co-Debtor)

                              Debtor

              and

KENNETH E. WEST

                              Trustee

                         RESPONDENTS

## CERTIFICATE OF SERVICE

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Certification of No Answer, Objection, or Response regarding Motion of Community Loan Servicing, LLC for Relief from the Automatic Stay, Doc. No. 96, electronically and/or via First Class Mail, postage prepaid.

Date Served: 07/14/2023

KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Leon Donald Cleveland
801 Franklin Street
Coatesville, PA 19320

Leon Donald Cleveland
5863 Christian Street
Philadelphia, PA 19143

Stacy Cleveland
5863 Christian Street
Philadelphia, PA 19143

CHRISTOPHER CONSTANTINE CARR
3240 Tyning Lane
Downingtown, PA 19335

    I hereby certify the foregoing to be true and correct under penalty of perjury.

                                       Respectfully submitted,

                                       <u>/s/Lorraine Gazzara Doyle</u>
                                       Richard M. Squire, Esq.
                                       Michael J. Clark, Esq.
                                       Lorraine Gazzara Doyle, Esq.
                                       One Jenkintown Station, Suite 104
                                       115 West Avenue
                                       Jenkintown, PA 19046
                                       215-886-8790
                                       215-886-8791 (FAX)
                                       rsquire@squirelaw.com
                                       mclark@squirelaw.com
                                       ldoyle@squirelaw.com