## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: LEON DONALD CLEVELAND     :     Chapter 13
                                                  :
                                                :
                                                :
                                                :
                        Debtor     :     Bankruptcy No. 22-11284 AMC

## ORDER

**AND NOW,** this _____ day of _____ 2023, upon consideration of the Objection to Exemption Pursuant to 11 U.S.C. Section 522 filed by the Chapter 13 standing trustee, and any answer filed thereto, and after a hearing it is

**ORDERED,** that the exemptions claimed by debtor in certain property are hereby denied as set forth in the objections filed by the trustee.

                                                        **BY THE COURT**

                                                       **HON. ASHELY M. CHAN**
                                                       **BANKRUPTCY JUDGE**

**Debtor**:
**Leon Donald Cleveland**
801 Franklin Street
Coatesville, PA 19320-5814

**Debtor's Counsel**:
**CHRISTOPHER CONSTANTINE CARR**
Law Offices of CHRISTOPHER C. CARR
3240 Tyning Lane
Downingtown, PA 19335

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107