**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Leon Donald Cleveland | Chapter: 13 |
| | Bankruptcy No.: 22-11284-amc |
| Debtor | 11 U.S.C. § 362 & 1301 |

Community Loan Servicing, LLC

            Movant

         vs.

Leon Donald Cleveland and Stacy Cleveland (Non-Filing Co-Debtor)

            Debtor

        and

KENNETH E. WEST, Esquire

            Trustee

          RESPONDENTS

## ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362 AND §1301

AND NOW, this __18th__ day of __July__, 2023, upon consideration of Movant's Motion for Relief from the Automatic Stay and co-debtor stay, it is hereby

ORDERED that the Relief from Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is granted with respect to the mortgaged premises situated at 5862 Christian Street, Philadelphia, PA 19143, ("Property"), as to allow Movant to exercise its rights under its loan documents and state law; and it is

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3).

            BY THE COURT

            _[signature]_

            Honorable Judge Ashely M. Chan
            United States Bankruptcy Judge

cc:
KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Michael Clark
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

CHRISTOPHER CONSTANTINE CARR
3240 Tyning Lane
Downingtown, PA 19335

Leon Donald Cleveland
801 Franklin Street
Coatesville, PA 19320

Leon Donald Cleveland
5863 Christian Street
Philadelphia, PA 19143

Stacy Cleveland
5863 Christian Street
Philadelphia, PA 19143