**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                            Chapter 13

                            Bankruptcy No. 22-11284-AMC

LEON DONALD CLEVELAND

801 FRANKLIN STREET

COATESVILLE, PA 19320-5814

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LEON DONALD CLEVELAND

    801 FRANKLIN STREET

    COATESVILLE, PA 19320-5814

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER CONSTANTINE CARR
    LAW OFFICES OF CHRISTOPHER CONSTANTINE C
    3240 TYNING LANE
    DOWNINGTOWN, PA 19335-

                                                      /S/ Kenneth E. West

Date: 7/18/2023                                  _____

                                                        Kenneth E. West, Esquire
                                                        Chapter 13 Standing Trustee