United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11284-amc

Leon Donald Cleveland  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Leon Donald Cleveland, 801 Franklin Street, Coatesville, PA 19320-5814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023       Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. UNTERLACK | on behalf of Creditor Gelt Financial  LLC aunterlack@egclawfirm.com, ebecker@egalawfirm.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Leon Donald Cleveland cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| JAMES JOHN DIMAGGIO | on behalf of Creditor Gelt Financial  LLC jdimaggio@stradley.com, atruss@keaveneylegalgroup.com |
| JAMES T MARSH | on behalf of Interested Party Stacy Cleveland jtmlawoffices@gmail.com |
| JANET L. GOLD | on behalf of Creditor Gelt Financial  LLC jgold@egalawfirm.com, alapinski@egalawfirm.com;dvillari@egalawfirm.com |
| JESSICA M. GULASH | on behalf of Creditor Lundy Beldecos & Milby PC jgulash@lbmlaw.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

**KENNETH E. WEST**

ecfemails@ph13trustee.com philaecf@gmail.com

**LORRAINE GAZZARA DOYLE**

on behalf of Creditor Community Loan Servicing  LLC ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

**MARK A. CRONIN**

on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkgroup@kmllawgroup.com

**MICHAEL JOHN CLARK**

on behalf of Creditor Community Loan Servicing  LLC mclark@squirelaw.com

**MICHAEL PATRICK FARRINGTON**

on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 mfarrington@kmllawgroup.com

**United States Trustee**

USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD CRAIG**

on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: LEON DONALD CLEVELAND    :    Chapter 13
:
:
:
:
        Debtor    :    Bankruptcy No. 22-11284 AMC

## ORDER

**AND NOW,** this ___19th___ day of ___July___ 2023, upon consideration of the Objection to Exemption Pursuant to 11 U.S.C. Section 522 filed by the Chapter 13 standing trustee, and any answer filed thereto, and after a hearing it is

**ORDERED,** that the exemptions claimed by debtor in certain property are hereby denied as set forth in the objections filed by the trustee.

BY THE COURT

_____
**HON. ASHELY M. CHAN**
**BANKRUPTCY JUDGE**

**Debtor**:
**Leon Donald Cleveland**
801 Franklin Street
Coatesville, PA 19320-5814

**Debtor's Counsel**:
**CHRISTOPHER CONSTANTINE CARR**
Law Offices of CHRISTOPHER C. CARR
3240 Tyning Lane
Downingtown, PA 19335

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107