United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                Case No. 22-11284-amc

Leon Donald Cleveland                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                         Page 1 of 2

Date Rcvd: Aug 16, 2023            Form ID: pdf900                 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Leon Donald Cleveland, 801 Franklin Street, Coatesville, PA 19320-5814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2023                      Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. UNTERLACK | on behalf of Creditor Gelt Financial  LLC aunterlack@egclawfirm.com, ebecker@egalawfirm.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Leon Donald Cleveland cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkgroup@kmllawgroup.com |
| JAMES JOHN DIMAGGIO | on behalf of Creditor Gelt Financial  LLC jdimaggio@stradley.com, atruss@keaveneylegalgroup.com |
| JAMES T MARSH | on behalf of Interested Party Stacy Cleveland jtmlawoffices@gmail.com |
| JANET L. GOLD | on behalf of Creditor Gelt Financial  LLC jgold@egalawfirm.com, alapinski@egalawfirm.com;dvillari@egalawfirm.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

JESSICA M. GULASH
    on behalf of Creditor Lundy Beldecos & Milby PC jgulash@lbmlaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Community Loan Servicing  LLC ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MARK A. CRONIN
    on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK
    on behalf of Creditor Community Loan Servicing  LLC mclark@squirelaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 16

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Leon D. Cleveland aka Leon Donald Cleveland<br><br>　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1<br>　　　　　　　　　　　Movant<br>　　vs. | NO. 22-11284 AMC<br><br>11 U.S.C. Section 362 and 1301 |
| Leon D. Cleveland aka Leon Donald Cleveland<br>　　　　　　　　　　　Debtor(s)<br><br>Stacy Cleveland<br>　　　　　　　　　　　Co-Debtor<br><br>Kenneth E. West<br>　　　　　　　　　　　Trustee | |

### CONSENT ORDER ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on August 22, 2023 upon Notice of Motion to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of June 21, 2023, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 1 | April 2023 | April 2023 | $2,388.65 | $823.12 | $3,211.77 | $3,211.77 |
| 2 | May 2023 | June 2023 | $2,568.29 | $823.12 | $3,391.41 | $6,782.82 |
| 1 | July 2023 | July 2023 | $2,568.29 | $883.68 | $3,451.97 | $3,451.97 |
| Less post-petition partial payments (suspense balance) | | | | | | ($3,033.45) |

**Total: $10,413.11**

4. This arrearage shall be paid as follows:

    a. Within fourteen (14) days of the filing of this Stipulation, Debtor is ordered to pay the total post-petition arrearage totaling a sum **$10,413.11** by amending the Bankruptcy plan.

5. Regular payments in the amount of **$3,451.97** to be paid on or before **August 1, 2023** and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified

herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within **fifteen (15)** days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

9. FURTHER ORDERED that there having been no appearance by the Co-Debtor(s), the Motion for Relief from the Co-Debtor Stay is *granted*.

Date:    July 26, 2023

                                 **/s/ Denise Carlon, Esquire**
                                 Denise Carlon, Esquire
                                 Attorney for Movant

Date: 8/8/2023    /s/ Christopher Carr, Esq.
Christopher Carr, Esquire
Attorney for Debtor(s)

Date: 8/8/2023    /s/ Jack Miller, Esquire for The Chapter 13 Trustee
Kenneth E. West
Chapter 13 Trustee

*no objection to its terms, without prejudice to any of our rights and remedies*

Approved by the Court this 16th day of August, 2023. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan