# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| LEON DONALD CLEVELAND | CASE NUMBER:  22-11284-AMC |
| | HEARING DATE: September 12, 2023 |
| DEBTOR | TIME:  11 AM |

_____

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Christopher C. Carr, Esquire, Attorney for Debtor, filed a MOTION FOR REINSTATEMENT OF AUTOMATIC STAY with the Court in the above captioned case for the reasons stated in the enclosed Motion.

**YOUR RIGHTS MAY BE AFFECTED.**  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)

1.   If you do NOT want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fifteen (15) days prior to the hearing listed in paragraph 3 of this notice, you or your attorney must do all of the following:

   (a).   File an answer explaining your position at:

   U.S. Bankruptcy Court Eastern District of Pennsylvania
   900 Market Street
   Suite 400
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b).   Mail a copy to the Movant's Attorney:

   Christopher C. Carr, Esquire
   3240 Tyning Lane

       Downingtown, PA  19335
       E-Mail:  cccarresq@aol.com
       Phone:  610.380.7969   Fax:  888.503.3513
       PA Attorney #46249

2.   If you or your Attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief in the Motion.

**3.   A hearing of the Motion is scheduled to be held before the Honorable ASHELY M. CHAN on SEPTEMBER 12, 2023 at 11:00 A.M. in Courtroom 2, at U.S. Bankruptcy Court Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19107.**

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's at 215.408.2800 to find out if the hearing has been cancelled because no one filed an answer.


Date:  August 17, 2023


*[signature]*
_____
  Christopher Constantine Carr, Esquire
  PA Attorney #46249
  3240 Tyning Lane
  Downingtown, PA  19335
  Phone:  610.380.7969
  Fax:  888.503.3513
  E-Mail:  cccarresq@aol.com