**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              CHAPTER 13

   LEON DONALD CLEVELAND                   CASE NUMBER:  22-11284-AMC

      DEBTOR

---

**CERTIFICATE OF SERVICE**

   I, Christopher Carr, Counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF/electronic mail or first-class United States mail, postage prepaid, a true and correct copy of The Debtor's Motion for Reconsideration of the Automatic Stay by Email/electronic mail mailing addresses:
The following persons/entities were sent notice through the court's CM/ECF electronic mail
(Email) system the addresses listed below:

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com
.

Date: August 17, 2023

                                            Christopher Constantine Carr, Esquire
                                            PA Attorney #46249
                                            3240 Tyning Lane
                                            Downingtown, PA  19335
                                            Phone:  610.380.7969
                                            Fax:  888.503.3513
                                            E-Mail:  cccarresq@aol.com