# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:   Leon Donald Cleveland | Chapter: 13 |
| | Bankruptcy No.: 22-11284-amc |
| Debtor | 11 U.S.C. § 362 & 1301 |

Community Loan Servicing, LLC

              Movant

            vs.

Leon Donald Cleveland and Stacy Cleveland (Non-Filing Co-Debtor)

              Debtor

            and

KENNETH E. WEST, Esquire

              Trustee

             RESPONDENTS

## **COMMUNITY LOAN SERVICING , LLC's  MOTION FOR  ORDER CORRECTING ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362 AND §1301**

  Movant, by its undersigned Attorney, Lorraine Gazzara Doyle, Esquire, hereby requests that the

  1. Movant is Community Loan Servicing, LLC, with an address of c/o Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305.

  2. Debtor is the owner(s), mortgagor(s), and last grantee(s) of record to the real property situated at 5863 Christian Street, Philadelphia, PA 19143, (hereinafter referred to as "mortgaged premises").

  3. Movant secured an Order for Relief from Automatic Stay upon the property at 5862 Christian Street, Philadelphia, PA 19143 in error.

  4. It was the intention that Movant seek and acquire relief from automatic stay on the property that secured repayment of its loan, that is the property known as 5863 Christian Street, Philadelphia, PA  19143, not 5862 Christian Street, Philadelphia, PA  19143,

  WHEREFORE, Movant respectfully requests that this Court enter an Amended Order Making the prior Order dated July 18, 2023 of no further effect and vacating the automatic stay and co-debtor stay under 11 U.S.C. §362(d) with respect to the mortgaged premises at 5863 Christian Street, Philadelphia, PA  19143.as to allow Movant, its successors and/or assigns, to immediately initiate or resume foreclosure on its Mortgage and allow the purchaser of the mortgaged premises at Sheriff's Sale (or purchaser's assignee) to take any/all legal or consensual action for enforcement of its right to possession of, or title to, the mortgaged premises.

              Respectfully submitted,

              _/s/Lorraine Gazzara Doyle__
              Richard M. Squire, Esq.

Michael J. Clark, Esq.  
Lorraine Gazzara Doyle, Esq.  
One Jenkintown Station, Suite 104  
115 West Avenue  
Jenkintown, PA 19046  
215-886-8790  
215-886-8791 (FAX)  
rsquire@squirelaw.com  
mclark@squirelaw.com  
ldoyle@squirelaw.com  
Attorney for Movant

Dated: September 7, 2023