**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Leon Donald Cleveland | Chapter: 13 |
| | Bankruptcy No.: 22-11284-amc |
| Debtor | 11 U.S.C. § 362 & 1301 |

Community Loan Servicing, LLC

                        Movant

                        vs.

Leon Donald Cleveland and Stacy Cleveland (Non-Filing Co-Debtor)

                        Debtor

                        and

KENNETH E. WEST, Esquire

                        Trustee

                       RESPONDENTS

**ORDER CORRECTING ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362 AND §1301**

AND NOW, this  15th  day of  November  , 2023, upon consideration of Community Loan Servicing, LLC's Motion to Correct House Number on Order for Relief from Stay from 5862 Christian Street to 5863 Christian Street, Philadelphia, PA 19143 and response, if any, it is hereby

ORDERED THAT Community Loan Servicing, LLC's Motion to Correct House Number on Order for Relief from Stay from 5862 Christian Street to 5863 Christian Street, Philadelphia, PA 19143 is GRANTED and it is hereby further

ORDERED THAT the Order for Relief from Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, with respect to the premises situate at 5862 Christian Street, Philadelphia, PA 19143, ("Property"), is VACATED and it is hereby further

ORDERED THAT the Relief from Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is GRANTED with respect to the mortgaged premises situated at 5863 Christian Street, Philadelphia, PA 19143, ("Property"), as to allow Movant to exercise its rights under its loan documents and state law; and it is hereby further

ORDERED THAT the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3

BY THE COURT

_____
Honorable Judge Ashely M. Chan
United States Bankruptcy Judge

cc:
KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Lorraine Gazzara Doyle
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

CHRISTOPHER CONSTANTINE CARR
3240 Tyning Lane
Downingtown, PA 19335

Leon Donald Cleveland
801 Franklin Street
Coatesville, PA 19320

Leon Donald Cleveland
5863 Christian Street
Philadelphia, PA 19143

Stacy Cleveland
5863 Christian Street
Philadelphia, PA 19143