United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Leon Donald Cleveland  
    Debtor

Case No. 22-11284-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 15, 2023     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Leon Donald Cleveland, 801 Franklin Street, Coatesville, PA 19320-5814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. UNTERLACK | on behalf of Creditor Gelt Financial  LLC aunterlack@egclawfirm.com, ebecker@egalawfirm.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Leon Donald Cleveland cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkgroup@kmllawgroup.com |
| JAMES JOHN DIMAGGIO | on behalf of Creditor Gelt Financial  LLC jdimaggio@stradley.com, atruss@keaveneylegalgroup.com |
| JAMES T MARSH | on behalf of Interested Party Stacy Cleveland jtmlawoffices@gmail.com |
| JANET L. GOLD | on behalf of Creditor Gelt Financial  LLC jgold@egalawfirm.com, alapinski@egalawfirm.com;dvillari@egalawfirm.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

JESSICA M. GULASH
    on behalf of Creditor Lundy Beldecos & Milby PC jgulash@lbmlaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Community Loan Servicing  LLC ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MARK A. CRONIN
    on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK
    on behalf of Creditor Community Loan Servicing  LLC mclark@squirelaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Leon Donald Cleveland<br><br>                      Debtor | Chapter: 13<br><br>Bankruptcy No.: 22-11284-amc<br>11 U.S.C. § 362 & 1301 |

Community Loan Servicing, LLC

              Movant

    vs.

Leon Donald Cleveland and Stacy Cleveland (Non-Filing Co-Debtor)

              Debtor

    and

KENNETH E. WEST, Esquire

              Trustee

           RESPONDENTS

**ORDER CORRECTING ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362 AND §1301**

  AND NOW, this **15th** day of **November**, 2023, upon consideration of Community Loan Servicing, LLC's Motion to Correct House Number on Order for Relief from Stay from 5862 Christian Street to 5863 Christian Street, Philadelphia, PA 19143 and response, if any, it is hereby

  ORDERED THAT Community Loan Servicing, LLC's Motion to Correct House Number on Order for Relief from Stay from 5862 Christian Street to 5863 Christian Street, Philadelphia, PA 19143 is GRANTED and it is hereby further

  ORDERED THAT the Order for Relief from Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, with respect to the premises situate at 5862 Christian Street, Philadelphia, PA 19143, ("Property"), is VACATED and it is hereby further

  ORDERED THAT the Relief from Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is GRANTED with respect to the mortgaged premises situated at 5863 Christian Street, Philadelphia, PA 19143, ("Property"), as to allow Movant to exercise its rights under its loan documents and state law; and it is hereby further

  ORDERED THAT the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3

              BY THE COURT

              _____
              Honorable Judge Ashely M. Chan
              United States Bankruptcy Judge

cc:
KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Lorraine Gazzara Doyle
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

CHRISTOPHER CONSTANTINE CARR
3240 Tyning Lane
Downingtown, PA 19335

Leon Donald Cleveland
801 Franklin Street
Coatesville, PA 19320

Leon Donald Cleveland
5863 Christian Street
Philadelphia, PA 19143

Stacy Cleveland
5863 Christian Street
Philadelphia, PA 19143