IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------x
In re                                     :
                                          :        Chapter 13
        Leon Donald Cleveland             :
                                          :        Bankruptcy No. 22-11284 (amc)
                          Debtor.         :
-----------------------------------------------------x
```

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia,

Objection to Confirmation of the Plan, filed on December 6, 2023 [Docket No. 141].

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: December 7, 2023          By:     /s/ Pamela Elchert Thurmond
                                         PAMELA ELCHERT THURMOND
                                         Senior Attorney
                                         PA Attorney I.D. 202054
                                         City of Philadelphia Law Department
                                         Tax & Revenue Unit
                                         1401 JFK Blvd., 5th Floor
                                         Philadelphia, PA  19102-1595
                                         215-686-0508 (phone)
                                         215-686-0588 (facsimile)
                                         Email: Pamela.Thurmond@phila.gov