UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                 CASE NO.: 22-11284
                                                                CHAPTER 13

**Leon Donald Cleveland,**
    **Debtor.**

_____/

**REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

           **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                        **13010 MORRIS ROAD, SUITE 450**
                              **ALPHARETTA, GA 30004**

                                                 Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                 Authorized Agent for Secured Creditor
                                                 13010 Morris Rd., Suite 450
                                                 Alpharetta, GA  30004
                                                 Telephone: 470-321-7112

                                                 By: /s/Michelle L. McGowan, Esq.
                                                        Michelle L. McGowan, Esq.
                                                        Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

       **I HEREBY CERTIFY** that on December 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LEON DONALD CLEVELAND
801 FRANKLIN STREET
COATESVILLE, PA 19320-5814

And via electronic mail to:

LAW OFFICES OF CHRISTOPHER C. CARR
3240 TYNING LANE
DOWNINGTOWN, PA 19335

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

                                        By: /s/ Amanda Nelson