## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                                                          CHAPTER 13


LEON DONALD CLEVELAND                          CASE NUMBER:22-11284-AMC

                                                                HEARING DATE:

JANUARY 30, 2024

                                                                        1:00 PM

COURTROOM 4

DEBTOR(S)

_____


### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE


I, Christopher C. Carr, Esquire, Attorney for Debtor, filed a **MOTION TO WITHDRAW AS DEBTOR'S LEGAL CONSEL** with the Court in the above captioned case for the reasons stated in the enclosed Motion.


**YOUR RIGHTS MAY BE AFFECTED.**   You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)


1.      If you do NOT want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fifteen (15) days prior to the hearing listed in paragraph 3 of this notice, you or your attorney must do all of the following:


        (a).    File an answer explaining your position at:

                U.S. Bankruptcy Court Eastern District of Pennsylvania
                900 Market Street
                Suite 400
                Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b).    Mail a copy to the Movant's Attorney:

        Christopher Constantine Carr, Esquire
        3240 Tyning Lane
        Downingtown, PA   19335
        E-Mail:   cccarresq@aol.com
        Phone:   610.380.7969    Fax:   888.503.3513
        PA Attorney #46249

2.    If you or your Attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief in the Motion.

**3.    A hearing of the Motion is scheduled to be held before the Honorable ASHELY M. CHAN   1:00 P.M. in Courtroom 4, at U.S. Bankruptcy Court Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19107.**

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you
request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's at 215.408.2800 to find out if the hearing has been cancelled because no one filed an answer.

Date:  January 4, 2024

_____

Christopher Constantine Carr, Esquire

                                PA Attorney #46249

                                        3240

    Tyning Lane

                                Downingtown, PA

19335

Phone:   610.380.7969

E-Mail:

cccarresq@aol.com