**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : CHAPTER 13

Leon Donald Cleveland  : BANKRUPTCY NO. 22-11284 AMC

        AMC Debtor (s)

## P R A E C I P E

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 02/20/2024 at 10:00 AM before the Hon. Ashely M. Chan

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: January 8, 2024 | /s/Jack K. Miller, Esquire for |
|  | Kenneth E. West |
|  | Chapter 13 Standing Trustee |
|  | P.O. Box 40837 |
|  | Philadelphia, PA  19105 |