*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Leon Donald Cleveland

    Debtor(s)                                       Case No: 22−11284−amc

                                                           Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/20/24 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


                                                      For The Court

                                                      Timothy B. McGrath
                                                      Clerk of Court

153 − 133
Form 152