**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE<br><br>LEON DONALD CLEVELAND,<br>　　　　　　　Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>BRIDGECREST CREDIT COMPANY, LLC AS SERVICER FOR CARVANA, LLC,<br>　　　　　　　Movant<br>　　vs.<br>LEON DONALD CLEVELAND,<br>　　　　　　　Respondent(s)<br>　　and<br>KENNETH E. WEST<br>　　　　　　　Trustee | CHAPTER 13<br><br>CASE NO.: 22-11284-AMC<br><br><br><br>**HEARING DATE:**<br>Tuesday, January 09, 2024<br>11:00 A.M.<br><br><br><br>**LOCATION:**<br>900 Market Street, Suite 400<br>Courtroom No. 4<br>Philadelphia, PA 19107 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2012 BMW 5 Series Sedan 4D 528i 2.0L I4 Turbo, V.I.N. WBAXG5C57CDY28250) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date:  Jan. 11, 2024

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

Please send copies to:

Leon Donald Cleveland
801 Franklin Street
Coatesville, PA 19320

CHRISTOPHER CONSTANTINE CARR
Law Offices of CHRISTOPHER C. CARR
3240 Tyning Lane
Downingtown, PA 19335

KENNETH E. WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107

Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106