United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                     Case No. 22-11284-amc
Leon Donald Cleveland                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2             User: admin             Page 1 of 4
Date Rcvd: Jan 09, 2024             Form ID: 152             Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol     Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Leon Donald Cleveland, 801 Franklin Street, Coatesville, PA 19320-5814 |
| 14786211 | + | Community Loan Servicing, LLC, C/O Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14709432 | + | Gelt Financial, LLC, c/o James DiMaggio, Esquire, Eisenberg, Gold, & Agrawal, P.C., 1040 Kings Highway North, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14709137 | + | Gelt Financial, LLC, c/o Janet L. Gold, Esquire, Eisenberg, Gold, & Agrawal, P.C., 1040 Kings Highway North, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14744481 | + | Gelt Financial, LLC., c/o Andrew L. Unterlack, Esquire, Eisenberg, Gold, & Agrawal, P.C., 1040 Kings Highway North, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14694049 | + | LaSalle Bank National Association,on behalf of hol, c/o Rebecca Solarz,Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14772420 | + | Lundy, Beldecos & Milby, P.C., 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 14771563 | + | Lundy, Beldecos & Milby, P.C., c/o Jessica M. Gulash, Esquire, 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 14710119 | #+ | Morton & Craig, LLC, c/o William E. Craig, Esq., 110 Marter Avenue, Suite 301, Moorestown NJ 08057-3125 |
| 14773286 | | Stacy Cleveland, c/o James T. Marsh, Esquire, Two Penn Center Plaza, 1500 J.F.K. Boulevard, Suite #900, Philadelphia, PA 19102 |
| 14837314 | + | U.S. Bank Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14705610 | + | U.S. Bank, N.A., Successor Trustee To La Salle Bank, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 10 2024 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14692884 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:20:55 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14693036 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:31:41 | Bridgecrest Acceptance Corporation Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705599 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:31:41 | Bridgeport Acceptance Corporation Dept, AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 14837054 | | Email/Text: megan.harper@phila.gov | Jan 10 2024 00:12:00 | Water Revenue Bureau, City of Philadelphia Law Department, Municipal Services Building, C/O |

Case 22-11284-amc    Doc 156    Filed 01/11/24    Entered 01/12/24 00:32:57    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: 152 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14705602 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 10 2024 00:12:00 | Credit Acceptance, 25505 W. 12 Mile Rd., Southfield, MI 48034-1846 |
| 14706518 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:19:35 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705600 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 10 2024 00:12:00 | Community Loan Servicing, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1839 |
| 14713453 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 10 2024 00:12:00 | Community Loan Servicing, LLC, c/o Janet M. Spears, Aldridge Pite,LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14705601 | | Email/Text: bankruptcy@consumerportfolio.com | Jan 10 2024 00:12:00 | Consumer Portfolio Service, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14692523 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 10 2024 00:12:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14705327 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 10 2024 00:12:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14705603 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 10 2024 00:12:00 | Educational Credit Managment Corporation, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14692885 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:20:58 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14777138 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:20:55 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14709630 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:31:40 | Exeter Finance LLC, 4515 N. Santa Fe Avenue Dept. APS, Oklahoma City, OK 73118-7901 |
| 14693038 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:19:55 | Exeter Finance LLC Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14777600 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:19:36 | Exeter Finance LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705604 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:21:04 | Exeter Finance LLC Department, AIS Portfolio Services, 4515 N. Sante Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 14706519 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2024 00:31:30 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705606 | | Email/PDF: pa_dc_claims@navient.com | Jan 10 2024 00:19:36 | Navient, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 14710239 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 10 2024 00:12:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14705607 | + | Email/PDF: cbp@omf.com | Jan 10 2024 00:19:31 | One Main Financial, 601 N.W. 2nd St., Evansville, IN 47708-1013 |
| 14695001 | + | Email/PDF: cbp@omf.com | Jan 10 2024 00:19:55 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14705608 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2024 00:19:56 | Open Sky, P.O. Box 9224, Old Bethpage, NY 11804-9224 |
| 14705609 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 10 2024 00:12:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14709171 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 10 2024 00:12:00 | Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: 152 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 14836890 | + Email/Text: megan.harper@phila.gov | | Jan 10 2024 00:12:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond,Esquire, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14709008 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Jan 10 2024 00:12:00 | U.S. Bank, N.A., successor trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14705668 | *+ | Bridgeport Acceptance Corporation Dept, AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 14705671 | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance, 25505 W. 12 Mile Rd., Southfield, MI 48034-1846 |
| 14705669 | *+ | Community Loan Servicing, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1839 |
| 14786494 | *+ | Community Loan Servicing, LLC., c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14705670 | * | Consumer Portfolio Service, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14705672 | * | Educational Credit Managment Corporation, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14705673 | *+ | Exeter Finance LLC Department, AIS Portfolio Services, 4515 N. Sante Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 14705674 | * | Gelt Financial, 5300 W. Atlantic Avenue, Suite 205, Delray Beach, FL 33484-8195 |
| 14705675 | * | Navient, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 14705676 | *+ | One Main Financial, 601 N.W. 2nd St., Evansville, IN 47708-1013 |
| 14705677 | * | Open Sky, P.O. Box 9224, Old Bethpage, NY 11804-9224 |
| 14705678 | *+ | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14837575 | *+ | U.S. Bank Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14705679 | *+ | U.S. Bank, N.A., Successor Trustee To La Salle Bank, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 14705605 | ## | Gelt Financial, 5300 W. Atlantic Avenue, Suite 205, Delray Beach, FL 33484-8195 |

TOTAL: 0 Undeliverable, 14 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. UNTERLACK | on behalf of Creditor Gelt Financial  LLC aunterlack@egclawfirm.com, ebecker@egalawfirm.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear |

Case 22-11284-amc    Doc 156    Filed 01/11/24    Entered 01/12/24 00:32:57    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: 152 | Total Noticed: 42 |

Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER CONSTANTINE CARR
on behalf of Debtor Leon Donald Cleveland cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkgroup@kmllawgroup.com

JAMES JOHN DIMAGGIO
on behalf of Creditor Gelt Financial  LLC jdimaggio@stradley.com, atruss@keaveneylegalgroup.com

JAMES T MARSH
on behalf of Interested Party Stacy Cleveland jtmlawoffices@gmail.com

JANET L. GOLD
on behalf of Creditor Gelt Financial  LLC jgold@egalawfirm.com, alapinski@egalawfirm.com;dvillari@egalawfirm.com

JESSICA M. GULASH
on behalf of Creditor Lundy Beldecos & Milby PC jgulash@lbmlaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor Community Loan Servicing  LLC ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MARK A. CRONIN
on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK
on behalf of Creditor Community Loan Servicing  LLC mclark@squirelaw.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

REGINA COHEN
on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC rcohen@lavin-law.com, mmalone@lavin-law.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Leon Donald Cleveland
    Debtor(s)

Case No: 22−11284−amc

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/20/24 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

153 − 133
Form 152