United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11284-amc
Leon Donald Cleveland  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 5
Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Leon Donald Cleveland, 801 Franklin Street, Coatesville, PA 19320-5814 |
| cr | + | Gelt Financial, LLC, Eisenberg, Gold and Agrawal, P.C, 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| cr | + | Lundy Beldecos & Milby PC, 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 14786211 | + | Community Loan Servicing, LLC, C/O Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14709432 | + | Gelt Financial, LLC, c/o James DiMaggio, Esquire, Eisenberg, Gold, & Agrawal, P.C., 1040 Kings Highway North, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14709137 | + | Gelt Financial, LLC, c/o Janet L. Gold, Esquire, Eisenberg, Gold, & Agrawal, P.C., 1040 Kings Highway North, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14744481 | + | Gelt Financial, LLC., c/o Andrew L. Unterlack, Esquire, Eisenberg, Gold, & Agrawal, P.C., 1040 Kings Highway North, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14694049 | + | LaSalle Bank National Association,on behalf of hol, c/o Rebecca Solarz,Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14772420 | + | Lundy, Beldecos & Milby, P.C., 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 14771563 | + | Lundy, Beldecos & Milby, P.C., c/o Jessica M. Gulash, Esquire, 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 14710119 | #+ | Morton & Craig, LLC, c/o William E. Craig, Esq., 110 Marter Avenue, Suite 301, Moorestown NJ 08057-3125 |
| 14773286 | | Stacy Cleveland, c/o James T. Marsh, Esquire, Two Penn Center Plaza, 1500 J.F.K. Boulevard, Suite #900, Philadelphia, PA 19102 |
| 14837314 | + | U.S. Bank Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14705610 | + | U.S. Bank, N.A., Successor Trustee To La Salle Bank, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2024 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:25:29 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:25:31 | Bridgecrest Credit Company, LLC as Servicer for Ca, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:37:17 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:37:16 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 31 2024 00:24:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14692884 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:37:13 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14693036 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:25:29 | Bridgecrest Acceptance Corporation Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705599 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:25:04 | Bridgeport Acceptance Corporation Dept, AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 14837054 | | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | Water Revenue Bureau, City of Philadelphia Law Department, Municipal Services Building, C/O Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14705602 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 31 2024 00:24:00 | Credit Acceptance, 25505 W. 12 Mile Rd., Southfield, MI 48034-1846 |
| 14706518 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:25:34 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705600 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 31 2024 00:24:00 | Community Loan Servicing, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1839 |
| 14713453 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 31 2024 00:24:00 | Community Loan Servicing, LLC, c/o Janet M. Spears, Aldridge Pite,LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14705601 | | Email/Text: bankruptcy@consumerportfolio.com | Jan 31 2024 00:24:00 | Consumer Portfolio Service, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14692523 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 31 2024 00:24:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14705327 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 31 2024 00:24:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14705603 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 31 2024 00:24:00 | Educational Credit Managment Corporation, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14692885 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:25:13 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14777138 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:37:21 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14709630 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:25:29 | Exeter Finance LLC, 4515 N. Santa Fe Avenue Dept. APS, Oklahoma City, OK 73118-7901 |
| 14693038 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:37:21 | Exeter Finance LLC Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14777600 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:25:04 | Exeter Finance LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705604 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 22-11284-amc    Doc 163    Filed 02/01/24    Entered 02/02/24 00:35:05    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14706519 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:25:34 | Exeter Finance LLC Department, AIS Portfolio Services, 4515 N. Sante Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 14705606 | | Email/PDF: pa_dc_claims@navient.com | Jan 31 2024 00:25:04 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14710239 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 31 2024 00:25:16 | Navient, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 14705607 | + | Email/PDF: cbp@omf.com | Jan 31 2024 00:24:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14695001 | + | Email/PDF: cbp@omf.com | Jan 31 2024 00:25:16 | One Main Financial, 601 N.W. 2nd St., Evansville, IN 47708-1013 |
| 14705608 | | Email/PDF: CreditorBK@Resurgent.com | Jan 31 2024 00:25:13 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14705609 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 31 2024 00:25:04 | Open Sky, P.O. Box 9224, Old Bethpage, NY 11804-9224 |
| 14709171 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 31 2024 00:24:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14836890 | + | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| | | | Jan 31 2024 00:24:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond,Esquire, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14709008 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 31 2024 00:24:00 | U.S. Bank, N.A., successor trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705668 | *+ | Bridgeport Acceptance Corporation Dept, AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 14705671 | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance, 25505 W. 12 Mile Rd., Southfield, MI 48034-1846 |
| 14705669 | *+ | Community Loan Servicing, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1839 |
| 14786494 | *+ | Community Loan Servicing, LLC., c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14705670 | * | Consumer Portfolio Service, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14705672 | * | Educational Credit Managment Corporation, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14705673 | *+ | Exeter Finance LLC Department, AIS Portfolio Services, 4515 N. Sante Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 14705674 | * | Gelt Financial, 5300 W. Atlantic Avenue, Suite 205, Delray Beach, FL 33484-8195 |
| 14705675 | * | Navient, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 14705676 | *+ | One Main Financial, 601 N.W. 2nd St., Evansville, IN 47708-1013 |
| 14705677 | * | Open Sky, P.O. Box 9224, Old Bethpage, NY 11804-9224 |
| 14705678 | *+ | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14837575 | *+ | U.S. Bank Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14705679 | *+ | U.S. Bank, N.A., Successor Trustee To La Salle Bank, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| intp | ##+ | Stacy Cleveland, 2138 S. John Russell Circle, Apartment A, Elkins Park, PA 19027-1006 |
| 14705605 | ## | Gelt Financial, 5300 W. Atlantic Avenue, Suite 205, Delray Beach, FL 33484-8195 |

TOTAL: 0 Undeliverable, 15 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

**Name**          **Email Address**

ANDREW L. UNTERLACK
> on behalf of Creditor Gelt Financial  LLC aunterlack@egclawfirm.com, ebecker@egalawfirm.com

CHRISTOPHER CONSTANTINE CARR
> on behalf of Debtor Leon Donald Cleveland cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com

DENISE ELIZABETH CARLON
> on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkgroup@kmllawgroup.com

JAMES JOHN DIMAGGIO
> on behalf of Creditor Gelt Financial  LLC jdimaggio@stradley.com, atruss@keaveneylegalgroup.com

JAMES T MARSH
> on behalf of Interested Party Stacy Cleveland jtmlawoffices@gmail.com

JANET L. GOLD
> on behalf of Creditor Gelt Financial  LLC jgold@egalawfirm.com, alapinski@egalawfirm.com;dvillari@egalawfirm.com

JESSICA M. GULASH
> on behalf of Creditor Lundy Beldecos & Milby PC jgulash@lbmlaw.com

KENNETH E. WEST
> ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
> on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE
> on behalf of Creditor Community Loan Servicing  LLC ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MARK A. CRONIN
> on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK
> on behalf of Creditor Community Loan Servicing  LLC mclark@squirelaw.com

MICHAEL PATRICK FARRINGTON
> on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-FR1, Asset-Backed Certificates Series 2005-FR1 mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
> on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
> on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

REGINA COHEN
> on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC rcohen@lavin-law.com, mmalone@lavin-law.com

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 50 |

WILLIAM EDWARD CRAIG
                on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 18

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>LEON DONALD CLEVELAND | Chapter 13 |
| Debtor | Bankruptcy No. 22-11284-AMC |

# ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: Jan. 30, 2024

_____
Judge Honorable Ashely M. Chan
U.S. Bankruptcy Judge